Argued and submitted June 19, affirmed as modified July 10, 1985

In the Matter of the Marriage of

LESSARD,
*Petitioner,*
*and*

LESSARD,
*Respondent.*

STATE ex rel LESSARD,
*Appellant,*

*v.*

LESSARD,
*Respondent.*

(419-931; CA A34060)

702 P2d 1150

Philip Schradle, Assistant Attorney General, Salem, argued the cause for appellant. With him on the brief were Dave Frohnmayer, Attorney General, James E. Mountain, Jr., Solicitor General, and Jean Fogarty, Assistant Attorney General, Salem.

No appearance for respondent.

Before Gillette, Presiding Judge, and Van Hoomissen and Young, Judges.

PER CURIAM

## PER CURIAM

The state, on behalf of the mother, appeals a trial court order refusing to modify the father's present $150 per month support obligation for his daughter. A full recitation of the facts would not benefit bench or bar. There has been a material change in the circumstances sufficient to justify an increase in father's support obligation. *See generally, Nibler and Nibler,* 38 Or App 589, 590 P2d 796 (1979); *Hill and Hill,* 31 Or App 41, 569 P2d 686 (1977).

Decree modified to increase father's obligation of support for his daughter, Traci Lynn, to $250 per month; otherwise affirmed. Costs to appellant.